JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRUSTEES OF THE OPERATING ENGINEERS PENSION TRUST, TRUSTEES OF THE OPERATING ENGINEERS HEALTH AND WELFARE FUND, TRUSTEES OF THE OPERATING ENGINEERS VACATION-HOLIDAY SAVINGS TRUST and TRUSTEES OF THE OPERATING ENGINEERS TRAINING TRUST,<br><br>    Plaintiffs,<br><br>    vs.<br><br>CAMARILLO ENGINEERING INC., a California corporation,<br><br>    Defendant. | CASE NO: CV 09-01382 DDP (AJWx)<br><br>**JUDGMENT** |

On August 4, 2009, Plaintiffs file a motion for summary judgment. On September 10, 2009, the Court issued an order granting Plaintiffs' motion. Pursuant to the Court's order, and for good cause shown,

///

///

///

///

1

Judgment

226018.1

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the plaintiffs, Trustees of the Operating Engineers Pension Trust, Trustees of the Operating Engineers Health and Welfare Fund, Trustees of the Operating Engineers Vacation-Holiday Savings Trust and Trustees of the Operating Engineers Training Trust, shall recover from defendant Camarillo Engineering, Inc. the following amounts:

- The principal amount of $548,473.54 (consisting of contributions of $488,906.66, liquidated damages of $49,690.66, and prejudgment interest, calculated through September 10, 2009, of $9,876.22);
- Attorney's fees of $6,383.00
- Court costs of $540.10
- Post-judgment interest as provided by law.

Dated: September 11, 2009

*[signature]*

UNITED STATES DISTRICT JUDGE